IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 6:12-cv-142-LED |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| INTERNTAIONAL BUSINESS MACHINES | § | |
| CORP., FOSSIL, INC., THE HOME DEPOT, | § | |
| INC., THE HOME DEPOT U.S.A., INC., | § | |
| QUILL CORPORATION, and STAPLES, INC., | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT THE HOME DEPOT, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1(a), Defendant The Home Depot, Inc., by and through its undersigned attorneys, states as follows: No publicly-held corporation owns 10% or more of the capital stock of The Home Depot, Inc. (The Home Depot, Inc. is incorrectly named in this lawsuit.  The proper entity is Home Depot U.S.A., Inc.).  Home Depot U.S.A., Inc. is a wholly-owned subsidiary of The Home Depot, Inc.

Respectfully submitted,

/s/ Nicholas G. Papastavros
Claudia Wilson Frost
State Bar No. 21671300
DLA PIPER LLP (US)
1000 Louisiana St., Suite 2800
Houston, TX  77002
Telephone:     713.425.8450
Facsimile:     713.300.6050
claudia.frost@dlapiper.com

EAST\48766035.1

Nicholas G. Papastavros
Massachusetts State Bar No. BBO635742
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Telephone:     617.406.6000
Facsimile:      617.406.6119
nick.papastavros@dlapiper.com

**ATTORNEYS FOR DEFENDANT HOME DEPOT, U.S.A., INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that on June 15, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Nicholas G. Papastavros*
Nicholas G. Papastavros